# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **VICTOR SHAINSKY,** | ) | Case No. 2:17-cv-01669-JAK-AFM |
| Plaintiff, | ) | **ORDER GRANTING** |
| vs. | ) | **STIPULATION TO DISMISS CASE** |
| | ) | **JS-6** |
| **I.C. SYSTEMS, INC.,** | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 9th day of August, 2017.

_____
Honorable John A. Kronstadt
United States District Judge